(March 4, 1971)

Max R. Brickner, Respondent, v. Azarya Realty Corp. et al., Appellants, et al., Defendants.—

Concur — Nunez, J. P., Kupferman, McNally and Steuer, JJ.

Valet Industries Products, Inc., Respondent, v. Ephraim Hadjis et al., Doing Business as Hadjis Brothers, Appellants.—

Concur — McGivern, J. P., Markewich, Kupferman, McNally and Steuer, JJ.

In the Matter of Melville Heymann, Appellant, v. Union Temple of Brooklyn et al., Respondents.—

Concur — McGivern, J. P., Nunez, McNally, Steuer and Tilzer, JJ.